UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                     **ORDER FOR RETURN OF BAIL**

United States of America                           USAO# 2017R01611

-v-                                                18-CR 237

**ANSLEY ESTRELLA,**                               U.S.M.S. Register  79801-054

                                                   **AFFIDAVIT**

An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of (**FIVE THOUSAND DOLLARS**), ($5,000.00) cash, and to deposit the same in the registry of this Court, as a condition to assure the appearance of the above-named defendant before the United States District Court for the Southern District of New York in accordance with the provisions of the bond given by the said defendant; and

WHEREAS the docket reflects that on **May 29, 2019** the defendant was sentenced by United States District Judge Vincent Briccetti to 60 months imprisonment; 3 years supervised release and $100.00 special assessment.

WHEREAS the Government has not alleged and moved under 28 U.S.C. §2044 that the above funds belong to the defendant and should accordingly be applied to the payment of any assessment, fine, restitution, forfeiture or penalty imposed upon the defendant; and

WHEREAS the Government has no objection to the Clerk of the Court returning the funds deposited as bail to their rightful owner or other person entitled to such money under 28 U.S.C. §§ 2041 & 2044; and

WHEREAS the Government is not aware of any other reason the funds deposited as bail should not be returned to their rightful owner or other person entitled to them;



NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to 28 U.S.C. §2042, that the Clerk of the Court pay out to **ODRYS TORRES** the amount deposited as bail referenced in the first paragraph of this Order, less the Clerk's fees, if any.

Date: 12/12/19

_____
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney

by: _____ Date: December 11, 2019
**AUSA MICHAEL MAIMIN**
**Assistant United States Attorney**
**914-993-1952**

2

**Address of payee, if different from address on original Bail Order:**
(to be completed by District Court Clerk's Office)

_____

_____

_____

**Phone Number:**

**The Clerk's Office Finance Unit will contact the party once the check is ready.**

# FOR CLERK'S OFFICE USE ONLY:

| RECEIVED CHECK NO: | DATED: |
|---|---|
| IN THE AMOUNT OF: $ | |
| PAYABLE TO: | |
| SIGN & PRINT: | |

UNITED STATES OF AMERICA, :

                Plaintiff. :

    -v- :         **Affidavit**
                                            17 Mag. 9158
Ansley Estrella, :        18 Cr. 237 (VB)

                Defendant. :

---

STATE OF NEW YORK:
COUNTY OF NEW YORK:

    I, Odrys Torres, being duly sworn, say that I presently reside at 162 Shonnard Terrace Yonkers NY 10701 and that on the 13 day of 12/2017 I deposited with the Clerk of the United States District Court for the Southern District of New York, 300 Quarropas Street, the sum of 5,000.00 as cash bail in the above-captioned case.

    That your deponent's receipt which was given to her was lost, and deponent has made due and diligent effort to find the same without success.

    Your deponent states that she has not assigned any moneys to any other person.

    WHEREFORE, deponent respectfully prays that this affidavit be accepted in lieu of the original receipt.

                                                        Odrys Torres

SWORN TO BEFORE ME THIS
5 DAY OF NOV, 2019

_____
NOTARY PUBLIC

GLENN ALMAS
Notary Public, State of New York
No. 43-4966183
Qualified in Richmond County
Commission Expires April 30, 2022

```
Court Name: District Court
Division: 7
Receipt Number: 465407015235
Cashier ID: sjames
Transaction Date: 12/13/2017
Payer Name: CHRYS TORRES
------------------------------------
TREASURY REGISTRY
 For: ANSLEY R. ESTRELLA
 Case/Party: D-XYS-7-17-MJ-009158-001
 Amount:        $5,000.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 24741945347
 Amt Tendered:   $1,000.00
MONEY ORDER
 Check/Money Order Num: 24741945258
 Amt Tendered:   $1,000.00
MONEY ORDER
 Check/Money Order Num: 24741945360
 Amt Tendered:   $1,000.00
MONEY ORDER
 Check/Money Order Num: 24741945371
 Amt Tendered:   $1,000.00
MONEY ORDER
 Check/Money Order Num: 24741945382
 Amt Tendered:   $1,000.00
------------------------------------
Total Due:      $5,000.00
Total Tendered: $5,000.00
Change Amt:         $0.00
```

Reciept from Clerks office

*Reciept from money orders to post bail*

```
===============================
        JEROME STATION
       2549 JEROME AVE
           BRONX
            NY
          10468-9998
         3509180123
12/13/2017  (800)275-8777   10:37 AM
===============================
===============================
Product            Sale      Final
Description        Qty       Price

Dom M.O. -                 $1,000.00
Value
   (Serial#:24741945347)
 Dom M.O. Fee                  $1.60
Dom M.O. -                 $1,000.00
Value
   (Serial#:24741945358)
 Dom M.O. Fee                  $1.60
Dom M.O. -                 $1,000.00
Value
   (Serial#:24741945360)
 Dom M.O. Fee                  $1.60
Dom M.O. -                 $1,000.00
Value
   (Serial#:24741945371)
 Dom M.O. Fee                  $1.60
Dom M.O. -                 $1,000.00
Value
   (Serial#:24741945382)
 Dom M.O. Fee                  $1.60

Total                      $5,008.00

Cash                       $5,008.00
```

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*